UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ROMOS-GONZALES,<br><br>Defendant. | Case No. 1:11-cr-00141-BLW-2<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Defendant's motion requesting an order compelling the Bureau of Prisons to change his release date. (Dkt. 276.) For the reasons discussed below, the motion is now moot and will accordingly be denied.

## BACKGROUND

Defendant was convicted, following a jury trial, of one count of conspiracy to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and one count of distributing methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B). (Dkt. 133.) He was sentenced on June 6, 2012, to 188 months on each count, to run concurrently. (Dkt. 159.)

On October 16, 2020, Defendant filed a motion to reduce sentence under 18

U.S.C. § 3582(c)(2). (Dkt. 271.) The Court granted the motion, and reduced Defendant's sentence from 188 months to 151 months on each count, again to run concurrently. (Dkt. 273.)

On July 27, 2021, Defendant filed the motion presently before the Court, arguing that Bureau of Prison records had not been adjusted to reflect the reduction in his sentence and still showed a sentence of 188 months and a projected release date that reflected that 188-month sentence. (Dkt. 276.)

The Court ordered the Government to respond to the motion, and that response has been received. No reply has been filed by Defendant and the time to do so has run. Accordingly, Defendant's motion is ripe for decision.

## ANALYSIS

Defendant argues, and provided evidence, that the BOP had not adjusted its records to take into account the Court's reduction of Defendant's sentence from 188 months to 151 months. (*See* Dkt. 276 at 4 (BOP sentence monitoring information showing sentence imposed of 188 months, and projected release date of 3-29-2025).)

The Government confirms that at the time Defendant filed his motion, the BOP had not amended its records to reflect the reduction in Defendant's sentence to 151 months, and instead still showed a sentence of 188 months. (Dkt. 278.) The Government therefore provided BOP counsel with a copy of the Court's order

reducing Defendant's sentence. (*See id.*) BOP counsel apparently responded with the explanation that BOP had not previously been provided with a copy of the Court's order reducing Defendant's sentence. (*See id.*)

Now that BOP has been provided with a copy of the Court's order reducing Defendant's sentence, it has adjusted its records to show that Defendant's sentence is 151 months of imprisonment. (*See* Dkt. 278-1 (BOP sentence monitoring information showing sentence imposed of 151 and a projected release date of 8-8-2022).) Accordingly, Defendant's motion seeking an order compelling the BOP to make these adjustments to Defendant's records is moot.

## ORDER

**IT IS ORDERED that** Defendant's motion requesting an order compelling the Bureau of Prisons to change his release date (Dkt. 276) is **DENIED** as moot.

DATED: September 28, 2021

B. Lynn Winmill
U.S. District Court Judge